1  Arthur A. Hartinger (SBN: 121521)
   ahartinger@meyersnave.com
2  Linda M. Ross (SBN: 133874)
   lross@meyersnave.com
3  Jennifer L. Nock (SBN: 160663)
   jnock@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for CITY OF SAN JOSE

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | CITY OF SAN JOSE,                              | Case No. 5:12-CV-02904-LHK
12 |         Plaintiff,                             |
13 |     v.                                         | **STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON DEFENDANT SAN JOSE FIREFIGHTERS, I.A.F.F. LOCAL 230's MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**
14 | SAN JOSE POLICE OFFICERS' ASSOCIATION, SAN JOSE|
15 | FIREFIGHTERS, I.A.F.F. LOCAL 230; MUNICIPAL EMPLOYEES' FEDERATION, | Trial Date:    None Set
16 | AFSCME, LOCAL 101; CITY ASSOCIATION OF MANAGEMENT |
17 | PERSONNEL, IFPTE, LOCAL 21,                    |     **AND ORDER**
18 |         Defendants.                            |

19

20      **STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON**

21      **DEFENDANT SAN JOSE FIREFIGHTERS, I.A.F.F. LOCAL 230's**

22      **MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**

23

24

25

26

27

28

                                    1

**THE PARTIES HEREBY STIPULATE PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

With respect to Defendant San Jose Firefighters, I.A.F.F. Local 230's "Motion to Dismiss or in the Alternative to Stay," currently scheduled for hearing on October 4, 2012, the briefing schedule shall be as follows:

    a.    Plaintiff's Opposition shall be filed on or before July 24, 2012; and

    b.    Defendant's Reply, if any, shall be filed on or before July 31, 2012.

DATED: July 2, 2012    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: ___/s/___
Arthur A. Hartinger
Linda M. Ross
Jennifer L. Nock
Attorneys for Plaintiff City of San Jose

DATED: July 2, 2012    WYLIE, MCBRIDE, PLATTEN & RENNER

By: ___/s/___
John McBride
Christopher E. Platten
Mark S. Renner
Attorneys for Defendant San Jose Firefighters, I.A.F.F. Local 230

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 9, 2012

_Lucy H. Koh_
Honorable Judge Lucy H. Koh