JOHN McBRIDE, ESQ., SBN 36458
jmcbride@wmprlaw.com
CHRISTOPHER E. PLATTEN, ESQ., SBN 111971
cplatten@wmprlaw.com
MARK S. RENNER, ESQ., SBN 121008
mrenner@wmprlaw.com
WYLIE, MCBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, CA 95125
Telephone:    408.979.2920
Facsimile:    408.979.2934

Attorney for Defendants
San Jose Firefighters, IAFF Local 230, City Association
Of Management Personnel, IFPTE Local 21

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN JOSE POLICE OFFICERS' ASSOCIATION; SAN JOSE FIREFIGHTERS, I.A.F.F. LOCAL 230; MUNICIPAL EMPLOYEES' FEDERATION, AFSCME, LOCAL 101; CITY ASSOCIATION OF MANAGEMENT PERSONNEL, IFPTE, LOCAL 21,<br><br>　　　　Defendants. | Case No. C12-02904 LHK PSG<br><br>**STIPULATION PENDING MOTION TO DISMISS OR IN THE ALTERNATIVE STAY AND [PROPOSED] ORDER** |

　　　　Plaintiff City of San Jose and Defendant San Jose Firefighters, IAFF Local 230 (Local 230) enter into this stipulation based on the following facts:

　　　　1.　　The Complaint was filed on June 5, 2012;

　　　　2.　　Defendant's Motion to Dismiss or in the Alternative to Stay was filed on June 26, 2012 and is scheduled for hearing on October 4, 2012;

　　　　3.　　Plaintiff filed its First Amended Complaint on July 3, 2012.

1        Based upon the foregoing, the parties hereto stipulate that Defendant Local 230's Motion to

2    Dismiss or in the Alternative to Stay shall apply and is directed to Plaintiff's First Amended

3    Complaint, and that any reference to the "Complaint" in the Notice of Motion, and the

4    Memorandum of Points and Authorities in Support of Motion shall refer to Plaintiff's First

5    Amended Complaint.

6

7    Dated: July 10, 2012                  WYLIE, McBRIDE, PLATTEN & RENNER

8

9                        By:      /s/ John McBride
                        John McBride

10                           Attorneys for Defendants, San Jose Firefighters,
                        IAFF Local 230, City Association Of Management

11                           Personnel, IFPTE Local 21

12

13   Dated: July 10, 2012              MEYERS, NAVE, RIBACK, SILVER & WILSON

14

15                       By:      /s/ Michael Hughes
                        Arthur A. Hartinger

16                           Linda M. Ross
                        Jennifer L. Nock

17                           Michael Hughes
                        Attorneys for Plaintiff, City of San Jose

18

19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   Dated: July 12, 2012                *Lucy H. Koh*

23                       Honorable Lucy H. Koh
                    United State District Court Judge

24

25

26

27

28