1   Gregg McLean Adam, No. 203436
    Jonathan Yank, No. 215495
2   Gonzalo C. Martinez, No. 231724
    Jennifer S. Stoughton, No. 238309
3   Amber L. West, No. 245002
    **CARROLL, BURDICK & McDONOUGH** LLP
4   Attorneys at Law
    44 Montgomery Street, Suite 400
5   San Francisco, CA  94104
    Telephone:     415.989.5900
6   Facsimile:     415.989.0932
    Email:         gadam@cbmlaw.com
7                  jyank@cbmlaw.com
                   gmartinez@cbmlaw.com
8                  jstoughton@cbmlaw.com
                   awest@cbmlaw.com
9
    Attorneys for Defendant
10  San Jose Police Officers' Association ("SJPOA")

11              UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13  CITY OF SAN JOSE,                    No. C12-02904 LHK PSG

14           Plaintiff,                  **STIPULATION AND [~~PROPOSED~~] ORDER
                                         RE: CONSOLIDATED BRIEFING ON
15      v.                               MOTIONS TO DISMISS**

16  SAN JOSE POLICE OFFICERS'
    ASSOCIATION; SAN JOSE
17  FIREFIGHTERS; I.A.F.F., LOCAL
    230; MUNICIPAL EMPLOYEES'
18  FEDERATION, AFSCME, LOCAL
    101; CITY ASSOCIATION OF
19  MANAGEMENT PERSONNEL,
    IFPTE, LOCAL 21, THE
20  INTERNATIONAL UNION OF
    OPERATING ENGINEERS, LOCAL
21  NO. 3; and DOES 1-10,

22           Defendants.

23

24

25

26

27

28

CBM-SF\SF557284.2

**STIPULATION AND [~~PROPOSED~~] ORDER**                    **(NO. C12-02904 LHK PSG)**

In accordance with the Court's instruction, the parties have met and conferred and although unable to reach a global agreement on a single consolidated Motion to Dismiss, have reached an agreement to streamline and expedite the resolution of the Motions to Dismiss as set forth below.

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties, by and through their counsel, that:

1.  The hearing on all defendants' Motions to Dismiss the First Amended Complaint will occur on October 4, 2012.
2.  Defendant Municipal Employees' Federation, AFSCME, Local 101 may file a separate Motion to Dismiss no later than August 3, 2012, presenting alternative grounds for dismissal.
3.  On or before August 20, 2012, the City of San Jose will file one consolidated opposition brief to all Motions to Dismiss, not to exceed 45 pages.
4.  Defendants will file one consolidated reply brief not to exceed 25 pages on or before September 13, 2012, *i.e.*, at least 21 days before the October 4 court hearing on the motions.
5.  Given the overlap in arguments and pressing deadlines relating to Measure B, the parties respectfully request that the Court rule as soon as practicable after the October 4 hearing on the motions.

1   Dated:  July __, 2012

2                                   CARROLL, BURDICK & McDONOUGH LLP

3

4                                   By _____
                                            Gregg McLean Adam
5                                           Jonathan Yank
                                            Gonzalo Martinez
6                                           Jennifer S. Stoughton
                                            Amber L. West
7                                   Attorneys for Defendant
                                    San Jose Police Officers' Association
8

9   Dated:  July __, 2012

10                                  WYLIE McBRIDE PLATTEN & RENNER

11

12                                  By _____
                                            John A. McBride
13                                          Christopher E. Platten
                                            Mark S. Renner
14                                  Attorneys for Defendant
                                    San Jose Firefighters, IAFF Local 230
15

16  Dated:  July 24, 2012

17                                  BEESON TAYER & BODINE

18

19                                  By _____
                                           Vishtasp Mehr Soroushian
20
                                            Teague Pryde Paterson
21                                          Vishtasp Mehr Soroushian
                                    Attorneys for Defendant
22                                  Municipal Employees' Federation, AFSCME,
                                    Local 101
23

24

25

26

27

28

CBM-SF\SF557284.2

-3-

1    Dated:  July __, 2012

2                                          WYLIE McBRIDE PLATTEN & RENNER

3

4                                          By _____

5                                                    John A. McBride
                                                  Christopher E. Platten
6                                                    Mark S. Renner
                                           Attorneys for Defendant
7                                          City Association of Management Personnel,
                                           IFPTE, Local 21

8    Dated:  July __, 2012

9

10                                         WYLIE McBRIDE PLATTEN & RENNER

11

12                                         By _____

13                                                   John A. McBride
                                                  Christopher E. Platten
14                                                   Mark S. Renner
                                           Attorneys for Defendant
15                                         International Union of Operating Engineers,
                                           Local No. 3

16   Dated:  July __, 2012

17

18                                         MEYERS, NAVE, RIBACK, SILVER
                                           & WILSON

19

20                                         By _____

21                                                Michael Christian Hughes
                                                   Jennifer Lynne Nock
22                                                 Linda Margaret Ross
                                           Attorneys for Plaintiff
23                                         City of San Jose

24

25

26

27

28

CBM-SF\SF557284.2

-4-

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 24, 2012
_____

_Lucy H. Koh_
HON. LUCY H. KOH
United States District Court Judge

Dated: July 24, 2012

CARROLL, BURDICK & McDONOUGH LLP

By _____
         Gregg McLean Adam
         Jonathan Yank
         Gonzalo Martinez
         Jennifer S. Stoughton
         Amber L. West
Attorneys for Defendant
San Jose Police Officers' Association

Dated: July 24, 2012

WYLIE McBRIDE PLATTEN & RENNER

By _____
         John A. McBride
         Christopher E. Platten
         Mark S. Renner
Attorneys for Defendant
San Jose Firefighters, IAFF Local 230

Dated: July 24, 2012

BEESON TAYER & BODINE

By _____
         Vishtasp Mehr Soroushian

         Teague Pryde Paterson
         Vishtasp Mehr Soroushian
Attorneys for Defendant
Municipal Employees' Federation, AFSCME,
Local 101

Dated: July __, 2012

CARROLL, BURDICK & McDONOUGH LLP


By _____
          Gregg McLean Adam
          Jonathan Yank
          Gonzalo Martinez
          Jennifer S. Stoughton
          Amber L. West
Attorneys for Defendant
San Jose Police Officers' Association

Dated: July __, 2012


WYLIE McBRIDE PLATTEN & RENNER


By _____
          John A. McBride
          Christopher E. Platten
          Mark S. Renner
Attorneys for Defendant
San Jose Firefighters, IAFF Local 230

Dated: July 24, 2012


BEESON TAYER & BODINE


By _____
          Vishtasp Mehr Soroushian

          Teague Pryde Paterson
          Vishtasp Mehr Soroushian
Attorneys for Defendant
Municipal Employees' Federation, AFSCME,
Local 101

Dated: July 24, 2012

WYLIE McBRIDE PLATTEN & RENNER

By _____

John A. McBride
Christopher E. Platten
Mark S. Renner
Attorneys for Defendant
City Association of Management Personnel,
IFPTE, Local 21

Dated: July 24, 2012

WYLIE McBRIDE PLATTEN & RENNER

By _____

John A. McBride
Christopher E. Platten
Mark S. Renner
Attorneys for Defendant
International Union of Operating Engineers,
Local No. 3

Dated: July __, 2012

MEYERS, NAVE, RIBACK, SILVER
& WILSON

By _____

Michael Christian Hughes
Jennifer Lynne Nock
Linda Margaret Ross
Attorneys for Plaintiff
City of San Jose

Dated: July __, 2012

WYLIE McBRIDE PLATTEN & RENNER

By _____
       John A. McBride
       Christopher E. Platten
       Mark S. Renner
Attorneys for Defendant
City Association of Management Personnel,
IFPTE, Local 21

Dated: July __, 2012

WYLIE McBRIDE PLATTEN & RENNER

By _____
       John A. McBride
       Christopher E. Platten
       Mark S. Renner
Attorneys for Defendant
International Union of Operating Engineers,
Local No. 3

Dated: July 24, 2012

MEYERS, NAVE, RIBACK, SILVER
& WILSON

By _____
       Michael Christian Hughes
       Jennifer Lynne Nock
       Linda Margaret Ross
Attorneys for Plaintiff
City of San Jose