UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>    Plaintiff,<br><br>v.<br><br>SAN JOSE POLICE OFFICERS' ASSOCIATION; SAN JOSE FIREFIGHTERS, I.A.F.F LOCAL 230; MUNICIPAL EMPLOYEES' FEDERATION, AFSCME, LOCAL 101; CITY ASSOCIATION OF MANAGEMENT PERSONNEL, IFPTE, LOCAL 21; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3; and DOES 1-10,<br><br>    Defendants. | Case No.: 12-CV-02904-LHK<br><br>ORDER RE HEARING ON MOTIONS TO DISMISS |

The Court has reviewed the City of San Jose's letter dated 9/26/12, ECF No. 76, in which the City of San Jose states its intent to seek leave to bring its federal claims in a cross-complaint in the consolidated actions in Santa Clara County Superior Court, and the Municipal Employees' Federation's response dated 9/26/12, ECF. No. 77, opposing continuance of the October 4, 2012 hearing.  The Court will proceed with the October 4, 2012 hearing on Defendants' three pending motions to dismiss, ECF Nos. 8, 56, and 57, unless by Monday, October 1, 2012, the parties stipulate to a stay of this case pending the Superior Court's resolution of the state law claims in this case or the City of San Jose dismisses this case pursuant to Federal Rule of Civil Procedure 41.

1

Case No.: 12-CV-02904-LHK
ORDER RE HEARINGS ON MOTIONS TO DISMISS

1   **IT IS SO ORDERED.**

2   Dated: September 28, 2012

3   _____
4   LUCY H. KOH
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 12-CV-02904-LHK
ORDER RE HEARINGS ON MOTIONS TO DISMISS