United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>                Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE OFFICERS' ASSOCIATION; SAN JOSE FIREFIGHTERS, I.A.F.F LOCAL 230; MUNICIPAL EMPLOYEES' FEDERATION, AFSCME, LOCAL 101; CITY ASSOCIATION OF MANAGEMENT PERSONNEL, IFPTE, LOCAL 21; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3; and DOES 1-10,<br><br>                Defendants. | Case No.: 12-CV-02904-LHK<br><br>ORDER TO FILE STIPULATION OF DISMISSAL |

      All four remaining parties in this case have indicated their intent to sign a stipulation of dismissal. *See* ECF Nos. 86, 87. Further, Plaintiff City of San Jose has filed a motion pursuant to Federal Rule of Civil Procedure 41(a)(2) for a court order dismissing the Complaint as to the remaining defendants in this action without prejudice, ECF No. 82, which the defendants do not oppose. ECF No. 86. In light of the parties' representations that they intend to dismiss this action, the parties are hereby ORDERED to file their signed stipulation of dismissal by 4:00 p.m. on October 2, 2012.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-02904-LHK
ORDER TO FILE STIPULATION OF DISMISSAL

1  Dated: October 2, 2012

_____
LUCY H. KOH
United States District Judge