UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE POLICE OFFICERS' ASSOCIATION; SAN JOSE FIREFIGHTERS, I.A.F.F LOCAL 230; MUNICIPAL EMPLOYEES' FEDERATION, AFSCME, LOCAL 101; CITY ASSOCIATION OF MANAGEMENT PERSONNEL, IFPTE, LOCAL 21; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 12-CV-02904-LHK<br><br>ORDER RE: STIPULATION RE: BIFURCATED PROCEDURE FOR MOTION BY SAN JOSE POLICE OFFICERS' ASSOCIATION FOR DETERMINATION OF ENTITLEMENT OF ATTORNEYS' FEES |

The parties have filed a stipulation requesting that the Court allow the parties to bifurcate the briefing associated with Defendant San Jose Police Officers' Association's Motion for Attorney's Fees.  The parties' request is DENIED.  If Defendant files a Motion for Attorney's Fees, the motion must address both whether Defendant is entitled to attorney's fees and what the amount of the fees should be.

**IT IS SO ORDERED.**

Dated: December 28, 2012

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-02904-LHK
ORDER RE: STIPULATION RE: BIFURCATED PROCEDURE FOR MOTION BY SAN JOSE POLICE OFFICERS' ASSOCIATION FOR DETERMINATION OF ENTITLEMENT OF ATTORNEYS' FEES