1  Arthur A. Hartinger (SBN: 121521)
   ahartinger@meyersnave.com
2  Linda M. Ross (SBN: 133874)
   lross@meyersnave.com
3  Jennifer L. Nock (SBN: 160663)
   jnock@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for CITY OF SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE POLICE OFFICERS' ASSOCIATION, SAN JOSE FIREFIGHTERS, I.A.F.F. LOCAL 230; MUNICIPAL EMPLOYEES' FEDERATION, AFSCME, LOCAL 101; CITY ASSOCIATION OF MANAGEMENT PERSONNEL, IFPTE, LOCAL 21,<br><br>Defendants. | Case No. 5:12-CV-02904-LHK<br><br>**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON DEFENDANT SAN JOSE POLICE OFFICERS' ASSOCIATION'S MOTION FOR ATTORNEY FEES**<br><br>Hearing Date:  September 12, 2013<br>Time:  1:30 p.m.<br>Dept:  8<br><br>Judge:  Hon. Lucy H. Koh |

**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON**

**DEFENDANT SAN JOSE POLICE OFFICERS' ASSOCIATION'S**

**MOTION FOR ATTORNEY FEES**

---

1

**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE**     5:12-CV-02904-LHK

THE PARTIES HEREBY STIPULATE PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:

With respect to Defendant San Jose Police Officers' Association's Motion for Attorney Fees, currently scheduled for hearing on September 12, 2013, the briefing schedule shall be as follows:

    a.    Plaintiff's Opposition shall be filed on or before May 7, 2013; and

    b.    Defendant's Reply, if any, shall be filed on or before May 21, 2013.

DATED: March 14, 2013    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Linda Ross by Midd Ayl, Esq.
Arthur A. Hartinger
Linda M. Ross
Jennifer L. Nock
Attorneys for Plaintiff City of San Jose

DATED: March 14, 2013    CAROL, BURDICK & McDONOUGH

By: [signature]
Gregg McLean Adam
Gonzalo C. Martinez
Amber L. West
Attorneys for Defendant
San Jose Police Officers' Assoc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dates: March 15, 2013

[signature] Lucy H. Koh
Lucy H. Koh
United States District Judge

2058988.1